IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GUSTAV A. LITTLE, | ) | 8:14CV138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (filing 15) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall file a brief by September 29, 2014;
2. Defendant shall file a brief by October 29, 2014;
3. Plaintiff may file a reply brief by November 12, 2014; and
4. This case shall be ripe for decision on November 13, 2014.

July 31, 2014.                    BY THE COURT:

                                  *Richard G. Kopf*
                                  Senior United States District Judge